IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

LAQUSHA YEARGINS, )
 )
   Plaintiff, )
 )
v. ) Case No. 3:07 –cv-00589
 )
BORDERS GROUP, LLC., and ) JUDGE HAYNES
SEGRID BEARMAN, and )
KAREN BARBER, and )
SUZI REECE, )
Individually and in their capacities as )
employees of BORDERS GROUP, )
LLC., )
 )
   Defendants. )

**Handwritten order:** ORDER. Based upon the amended complaint (D/E No. 22), this motion is DENIED as moot. Counsel for the parties have fifteen (15) days to submit a case management order. /s/ [Judge] 2-19-08

## MOTION TO DISMISS OF DEFENDANT BORDERS GROUP, INC.

Defendant, Borders Group Inc.,[1] hereby moves this Court for an Order dismissing Plaintiff's Complaint with prejudice. As explained more fully in the accompanying Memorandum of Law, the Complaint is unsigned and the Complaint fails to state a claim upon which relief can be granted against this Defendant as to various federal statutes and the Fourteenth Amendment.

Dated: June 26, 2007

---

[1] Borders Group, Inc. is misnamed in the Complaint as Borders Group, LLC. Counsel for Defendant will accept service of an amended complaint properly naming Defendant.