## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

LAQUSHA YEARGINS,         )
                        )
     Plaintiff,         )
                        )
v.                     )     **Case 3:07 –cv-00589**
                        )
**BORDERS GROUP,LLC., and**  )     **JUDGE HAYNES**
**SEGRID BEARMAN, and**     )
**KAREN BARBER, and**      )
**SUZI REECE,**             )
**Individually and in their capacities as** )
**employees of BORDERS GROUP,**  )
**LLC.,**                   )
                        )
     Defendants.       )

*[Handwritten: ORDER Based upon the parties' stipulation (D[?] NO 23), this motion is DENIED as moot. [signature] 2-19-08]*

## DEFENDANTS SEGRID BEARMAN AND KAREN BARBER'S
## MOTION TO DISMISS

Defendants, Segrid Bearman and Karen Barber, hereby move this Court for an

Order dismissing Plaintiff's Complaint with prejudice.  As explained more fully in the

accompanying Memorandum of Law, the Complaint is unsigned and the Complaint fails

to state a claim upon which relief can be granted against these Defendants.  Additionally,

even if Plaintiff's state law claim is not dismissed for failure to state a claim, the

Complaint should be dismissed for lack of subject-matter jurisdiction.  Accordingly,

Defendants Segrid Bearman and Karen Barber respectfully request that the Complaint be

dismissed with prejudice.

Dated:  June 25, 2007