IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| LAQUSHA YEARGINS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 3:07 –cv-00589 |
| | ) | |
| BORDERS GROUP,LLC., and | ) | |
| SEGRID BEARMAN, and | ) | |
| KAREN BARBER, and | ) | |
| SUZI REECE, | ) | |
| Individually and in their capacities as | ) | |
| employees of BORDERS GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

As evidenced by the signatures of counsel below, the parties have agreed to dismiss without prejudice, Segrid Bearman, Karen Barber and Suzi Reece, the named individual Defendants with regard to the above-captioned matter.

IT IS ACCORDINGLY ORDERED that the individual Defendants named in the above-captioned matter should be dismissed without prejudice.

ENTERED this the 19th day of February, 2008

_____
UNITED STATES DISTRICT JUDGE